```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JAMES SAMUELSON,

                          Plaintiff,

              - against -

BRILLIANT TECH. CORP., et al.,

                        Defendants.
------------------------------------------------------------x

09 Civ. 4001 (RMB)

**ORDER OF DISCONTINUANCE**

      Based upon the Court's Order, dated February 23, 2010, granting Plaintiff a final extension to "file his motion for default by 3/31/10," it is hereby

      **ORDERED**, that the above-entitled action be, and the same hereby is, discontinued; provided, however, that the Plaintiff or Defendants may apply, on or before April 15, 2010 (noon), by letter showing good cause why this action should be restored to the calendar of the undersigned.

Dated:  March 31, 2010
          New York, New York

                                                     _RMB_____
                                                  Richard M. Berman, U.S.D.J.